# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRACY SUTTON**                                                                                    **PLAINTIFF**

v.                              No: 4:20-cv-01511-LPR-PSH

**SALINE COUNTY SHERIFF'S OFFICE,** *et al.*                          **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Tracy Sutton filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 28, 2020 (Doc. No. 1).[1] On March 31, 2021, mail sent to Sutton at her

---

[1] In its initial order to Sutton, the Court notified her of her duty to promptly notify the Clerk and the parties of any change in her address. The Court also notified Sutton that if any communication from the Court to her is not responded to within 30 days, her case may be dismissed without prejudice. Doc. No. 2.

address of record was returned to the Court as undeliverable (Doc. Nos. 9-10). The same day, the Court entered a text order directing Sutton to provide notice of her current mailing address within 30 days. *See* Doc. No. 11. She was warned that her failure to provide a current mailing address would cause the undersigned to recommend that her complaint be dismissed. A printed version of the text order was sent to her at her last known address. The Court's March 31 text order sent to Sutton at her address of record was returned to the Clerk of the Court and entered on the docket as undeliverable. *See* Doc. No. 13.

More than 30 days have passed, and Sutton has not complied or otherwise responded to the March 31, 2021 order. Sutton failed to notify the Clerk and the other parties to the proceedings of a change in her address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Sutton's complaint and amended complaint (Doc. Nos. 1 & 7) be dismissed without prejudice.

DATED this 12th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE